JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RYAN COYLE, on behalf of
himself and others similarly situated, )

                  Plaintiff,

v.

CONTEXTLOGIC, INC., a
Delaware Corporation,
                  Defendant.

**Case No.:  5:20-cv-00907-FMO-KK**

**ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**

**HON. FERNANDO M. OLGUIN**

    Based upon the Notice of Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

IT IS ORDERED.

Dated: October 5, 2020

                                  /s/
                          **HON. FERNANDO M. OLGUIN**
                          UNITED STATES DISTRICT JUDGE